IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JUAN GALINDO, Individually and On Behalf of All Others Similarly Situated,<br>   *Plaintiff,*<br><br>V.<br><br>LAYFAYETTE STEEL ERECTOR, INC. d/b/a LSE CRANE TRANSPORTATION,<br>   *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. MO:18-CV-00069 DC |

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO SCOTT HOEPFNER

It is ORDERED the Joint Stipulation of Dismissal Without Prejudice as to SCOTT HOEPFNER (Doc. 53) filed October 24, 2019, is hereby GRANTED. Accordingly,

It is ORDERED, Defendant, SCOTT HOEPFNER, is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FURTHER ORDERED that all pending motions pertaining to SCOTT HOEPFNER, if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

It is so **ORDERED**.

SIGNED this 25th day of October, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE